IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

VS.                            2:15-CR-411-LSC-GMB-1

ALICIA NICOLE ADAMS,
    DEFENDANT.

## ORDER

The Court has before it Government's Motion to Dismiss the Indictment (doc. 60). The court finds that the motion is due to be and is hereby **GRANTED**. The Indictment as to the above named defendant is **DISMISSED** without prejudice. The United States Marshall is to release the defendant immediately.

Done this 22nd day of August, 2016.

_L. Scott Coogler_
UNITED STATES DISTRICT JUDGE

173538